## CERTIFICATE OF SERVICE

I, __John Anthony Pham, Sr._____, Plaintiff pro se, do here by certify that on the __30th_____ Day of __January_____, 20 __23____, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by _email: cmurphy@bakerdonelson.com and certified mail at the following address: 100 Light Street 19th Floor Baltimore, MD 21202._____

Dated: __30th day of January 2023_____

_____
Signature of Plaintiff

**Rev. Ed. October 26, 2017**

51